■ CHARLES W. BLACKMORE, Plaintiff, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Defendants. (And Three Other Actions).— Motion for a stay granted as to Judge Gorman's order dismissing the complaint as to Allied

Chemical Corporation, pending hearing and determination of the appeal taken therefrom, upon condition that records and appellant's briefs are filed and served on or before August 1, 1962. This stay continues in effect the temporary stay granted by Judge Sullivan April 5, 1962.